COLANDA SHANTELL BAKER
ANTOIN PATTERSON
233 RUFF ST
MACON, MS 39341

INTERCOASTAL FINANCIAL
7954 TRANSIT RD #136X
BUFFALO, NY 14221

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

PURPOSE FINANCIAL, INC
PO BOX 3058
SPARTANBURG, SC 29304

21ST MORTGAGE CO.
P.O. BOX 148
MEMPHIS, TN 38101

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

ADVANCE AMERICA
507-4 18TH AVE N
TOWN SQUARE
COLUMBUS, MS 39705

STATEWIDE FCU
ATTN: BANKRUPTCY DEPT
P.O. BOX 320483
FLOWOOD, MS 39232

BRIDGECREST
PO BOX 52020
PHOENIX, AZ 85072

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CAPITAL ONE AUTO
PO BOX 260848
PLANO, TX 75026-0848

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

CORNERSTONE
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

WILLOWBROOK DENTAL CEN
C/O FRANKLIN SERVICE I
PO BOX 3910
TUPELO, MS 38803

FIRST HERITAGE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606

FIRST METROPOLITAN
122 HWY 12 W
STARKVILLE, MS 39759