United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-00930-JAW

Colanda Shantell Baker                                                                    Chapter 13

Antoin Patterson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                             Page 1 of 2

Date Rcvd: Apr 03, 2026                       Form ID: def                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Colanda Shantell Baker, Antoin Patterson, 233 Ruff St, Macon, MS 39341-3138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Harold J. Barkley, Jr.

    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Antoin Patterson trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Colanda Shantell Baker trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-3                    User: mssbad                         Page 2 of 2

Date Rcvd: Apr 03, 2026                 Form ID: def                        Total Noticed: 1

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

Colanda Shantell Baker

Antoin Patterson

**CASE NO.:** 26–00930–JAW

**CHAPTER** 13

**ORDER AND NOTICE OF DEFICIENCY(S)**
**AND PROPOSED DISMISSAL OF CASE**

      Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) is required to file schedules, statements, and other documents within fourteen (14) days after filing the above–referenced bankruptcy case ("Bankruptcy Case"). Any motion for an extension of time must demonstrate good cause and be filed on or before the deadline listed below.

      For this case to be administered, it is necessary that the Debtor(s) file the following documents:

        Chapter 13 Plan due 04/16/2026
        Ch13 Income Form 122C–1 due 04/16/2026
        Aty Disclosure Stmt. due 04/16/2026
        Means Test Calculation 122C–2 due 04/16/2026
        Sum. of Assets and Liabilities due 04/16/2026
        Schedules A–J2 due 04/16/2026
        Stmt. of Fin. Affairs due 04/16/2026

      **IT IS ORDERED AND ADJUDGED** that if the Debtor(s) fails to file the required documents or fails to file a motion and proposed order requesting an extension of time by **April 16, 2026**, the Court will dismiss the Bankruptcy Case without further notice or hearing.

**Dated: April 3, 2026**

**/s/Jamie A. Wilson**
**United States Bankruptcy Judge**

odefntc (1/26)