**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Colanda Shantell Baker                              Case No. 26-00930-JAW
          Antoin Patterson, Debtors                                   CHAPTER 13

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.

2. We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.

3. We filed this bankruptcy petition on 04/02/2026.

4. We previously filed bankruptcy case number 25-02688 under Chapter 13 on 10/23/2025 and that case was dismissed on 12/30/2025.

5. We have had no other pending bankruptcy cases in the preceding one-year period.

6. We have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   I didn't receive the payment letter in my case until late and didn't realize that I had to start paying immediately. I know in this case that I must start paying as soon as I file the bankruptcy case and I can afford the payment.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 04/06/2026                          **/s/ Colanda Shantell Baker**
                                        Colanda Shantell Baker

Executed on: 04/06/2026                          **/s/ Antoin Patterson**
                                        Antoin Patterson