**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Colanda Shantell Baker                    Case No. 26-00930-JAW
          Antoin Patterson, Debtors                 CHAPTER 13

**AMENDED MOTION TO EXTEND AUTOMATIC STAY**

COME NOW Debtors by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1.    That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2.    That on 04/02/2026, Debtors filed the petition for relief under Chapter 13 in the instant cause.

3.    That on or about 10/23/2025, Debtors filed a Chapter 13 proceeding, case number 25-02688, and said case dismissed on 12/30/2025.

4.    That debtors filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5.    That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on April 6, 2026, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Colanda Shantell Baker**                        **Case No. 26-00930-JAW**
            **Antoin Patterson, Debtors**                            **CHAPTER 13**

**DECLARATION IN SUPPORT OF AMENDED MOTION TO EXTEND THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.

2. We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.

3. We filed this bankruptcy petition on 04/02/2026.

4. We previously filed bankruptcy case number 25-02688 under Chapter 13 on 10/23/2025 and that case was dismissed on 12/30/2025.

5. We have had no other pending bankruptcy cases in the preceding one-year period.

6. We have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   I didn't receive the payment letter in my case until late and didn't realize that I had to start paying immediately.  I know in this case that I must start paying as soon as I file the bankruptcy case and I can afford the payment.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 04/06/2026                  **/s/ Colanda Shantell Baker**
                                       Colanda Shantell Baker

Executed on: 04/06/2026                  **/s/ Antoin Patterson**
                                        Antoin Patterson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COLANDA SHANTELL BAKER
ANTOIN PATTERSON

CASE NO: 26-00930-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/6/2026, I did cause a copy of the following documents, described below,

Motion to Extend w Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COLANDA SHANTELL BAKER
ANTOIN PATTERSON

CASE NO: 26-00930-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/6/2026, a copy of the following documents, described below,

Motion to Extend w Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00930-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
MON APR 6 12-6-24 PST 2026

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

21ST MORTGAGE CO
PO BOX 148
MEMPHIS  TN 38101-0148

ADVANCE AMERICA
5074 18TH AVE N
TOWN SQUARE
COLUMBUS  MS 39705-2245

BRIDGECREST
PO BOX 52020
PHOENIX  AZ 85072-2020

CAPITAL ONE AUTO
PO BOX 260848
PLANO  TX 75026-0848

CORNERSTONE
633 SPIRIT DRIVE
CHESTERFIELD  MO 63005-1243

FIRST HERITAGE
ATTN BANKRUPTCY
POBOX 1947
GREENVILLE  SC 29602-1947

FIRST METROPOLITAN
122 HWY 12 W
STARKVILLE  MS 39759-3760

INTERCOASTAL FINANCIAL
7954 TRANSIT RD 136X
BUFFALO  NY 14221-4117

PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG  SC 29304-3058

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

STATEWIDE FCU
ATTN BANKRUPTCY DEPT
PO BOX 320483
FLOWOOD  MS 39232-0483

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON WIRELESS
POBOX 408
NEWARK  NJ 07101-0408

WILLOWBROOK DENTAL CEN
CO FRANKLIN SERVICE I
PO BOX 3910
TUPELO  MS 38803-3910

WORLD FINANCE CORP
POBOX 6429
GREENVILLE  SC 29606-6429

DEBTOR

EXCLUDE

ANTOIN PATTERSON
233 RUFF ST
MACON  MS 39341-3138

COLANDA SHANTELL BAKER
233 RUFF ST
MACON  MS 39341-3138

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767