United States Bankruptcy Court

Southern District of Mississippi

In re:

Colanda Shantell Baker

Antoin Patterson

    Debtors

Case No. 26-00930-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: hn006jaw | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colanda Shantell Baker, Antoin Patterson, 233 Ruff St, Macon, MS 39341-3138 |
| 5647325 | + | Bridgecrest, PO Box 52020, Phoenix, AZ 85072-2020 |
| 5647329 | + | First Metropolitan, 122 Hwy 12 W, Starkville, MS 39759-3760 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5647323 | ^ | MEBN | Apr 06 2026 19:22:59 | 21st Mortgage Co., P.O. Box 148, Memphis, TN 38101-0148 |
| 5647324 | + | Email/Text: bnc@teampurpose.com | Apr 06 2026 19:29:00 | Advance America, 507-4 18th Ave N, Town Square, Columbus, MS 39705-2245 |
| 5647326 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 06 2026 19:28:38 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5647327 | ^ | MEBN | Apr 06 2026 19:22:52 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5647328 | + | Email/Text: bankruptcy@curo.com | Apr 06 2026 19:29:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5647330 | + | Email/Text: gbechakas@outlook.com | Apr 06 2026 19:29:00 | Intercoastal Financial, 7954 Transit Rd #136X, Buffalo, NY 14221-4117 |
| 5647331 | + | Email/Text: bnc@teampurpose.com | Apr 06 2026 19:29:00 | Purpose Financial, Inc, PO Box 3058, Spartanburg, SC 29304-3058 |
| 5647332 | | Email/Text: bankruptcy@republicfinance.com | Apr 06 2026 19:29:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5648338 | | Email/Text: bankruptcy@republicfinance.com | Apr 06 2026 19:29:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5647333 | + | Email/Text: collections@statewidefcu.org | Apr 06 2026 19:29:00 | Statewide FCU, Attn: Bankruptcy Dept, P.O. Box 320483, Flowood, MS 39232-0483 |
| 5647334 | | Email/Text: bankruptcy@towerloan.com | Apr 06 2026 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5647335 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 06 2026 19:29:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |
| 5647336 | + | Email/Text: FSBank@franklinservice.com | Apr 06 2026 19:29:00 | Willowbrook Dental Cen, c/o Franklin Service I, PO Box 3910, Tupelo, MS 38803-3910 |
| 5647337 | + | Email/Text: bk@worldacceptance.com | Apr 06 2026 19:29:00 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Apr 06, 2026        Form ID: hn006jaw        Total Noticed: 17

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Antoin Patterson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Colanda Shantell Baker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form hn006jaw (07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

   **Colanda Shantell Baker**
   **Antoin Patterson**                              **CASE NO. 26−00930−JAW**
   **DEBTORS.**
                                                      **CHAPTER 13**


### NOTICE OF HEARING AND DEADLINES

   The Debtors have filed an Amended Motion to Extend Automatic Stay (the "Motion") (Dkt. #10) with the Court in the above−styled case.

   **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

   The Court will hold an evidentiary hearing (the "Hearing") on April 21, 2026, at 01:00 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

   If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 20, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

   If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a Hearing.

   Dated: 4/6/26

                                                      Danny L. Miller, Clerk of Court
                                                      U.S. Bankruptcy Court
                                                      Thad Cochran U.S. Courthouse
                                                      501 E. Court Street
                                                      Suite 2.300
                                                      Jackson, MS 39201
                                                      601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX