# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Colanda Shantell Baker**
         **Antoin Patterson**

Case No.  **26-00930**

Debtor(s)

Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **April 13, 2026**          **/s/ Colanda Shantell Baker**
                                   **Colanda Shantell Baker**
                                   Signature of Debtor

Date:  **April 13, 2026**          **/s/ Antoin Patterson**
                                   **Antoin Patterson**
                                   Signature of Debtor

```
COLANDA SHANTELL BAKER       INTERCOASTAL FINANCIAL
ANTOIN PATTERSON             7954 TRANSIT RD #136X
233 RUFF ST                  BUFFALO, NY 14221
MACON, MS 39341


THOMAS C. ROLLINS, JR.       PURPOSE FINANCIAL, INC
THE ROLLINS LAW FIRM, PLLC   PO BOX 3058
P.O. BOX 13767               SPARTANBURG, SC 29304
JACKSON, MS 39236


21ST MORTGAGE CO.            REPUBLIC FINANCE
P.O. BOX 148                 ATTN: BANKRUPTCY
MEMPHIS, TN 38101            7031 COMMERCE CIRCLE
                             BATON ROUGE, LA 70809


ADVANCE AMERICA              STATEWIDE FCU
507-4 18TH AVE N             ATTN: BANKRUPTCY DEPT
TOWN SQUARE                  P.O. BOX 320483
COLUMBUS, MS 39705           FLOWOOD, MS 39232


BRIDGECREST                  TOWER LOAN
PO BOX 52020                 ATTN: BANKRUPTCY
PHOENIX, AZ 85072            PO BOX 320001
                             FLOWOOD, MS 39232


CAPITAL ONE AUTO             VERIZON WIRELESS
PO BOX 260848                P.O.BOX 408
PLANO, TX 75026-0848         NEWARK, NJ 07101



CORNERSTONE                  WILLOWBROOK DENTAL CEN
633 SPIRIT DRIVE             C/O FRANKLIN SERVICE I
CHESTERFIELD, MO 63005       PO BOX 3910
                             TUPELO, MS 38803


FIRST HERITAGE               WORLD FINANCE CORP
ATTN: BANKRUPTCY             P.O.BOX 6429
P.O.BOX 1947                 GREENVILLE, SC 29606
GREENVILLE, SC 29602


FIRST METROPOLITAN
122 HWY 12 W
STARKVILLE, MS 39759
```