# United States Bankruptcy Court
## Southern District of Mississippi

In re **Colanda Shantell Baker**
**Antoin Patterson**

Debtor(s)

Case No. **26-00930**

Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **April 14, 2026**    **/s/ Colanda Shantell Baker**
**Colanda Shantell Baker**
Signature of Debtor

Date: **April 14, 2026**    **/s/ Antoin Patterson**
**Antoin Patterson**
Signature of Debtor

```
COLANDA SHANTELL BAKER      INTERCOASTAL FINANCIAL
ANTOIN PATTERSON            7954 TRANSIT RD #136X
233 RUFF ST                 BUFFALO, NY 14221
MACON, MS 39341


THOMAS C. ROLLINS, JR.      PURPOSE FINANCIAL, INC
THE ROLLINS LAW FIRM, PLLC  PO BOX 3058
P.O. BOX 13767              SPARTANBURG, SC 29304
JACKSON, MS 39236


21ST MORTGAGE CO.           QUICKCASH 3045***
P.O. BOX 148                2012 HWY 45 N.
MEMPHIS, TN 38101           COLUMBUS, MS 39705


ADVANCE AMERICA             REPUBLIC FINANCE
507-4 18TH AVE N            ATTN: BANKRUPTCY
TOWN SQUARE                 7031 COMMERCE CIRCLE
COLUMBUS, MS 39705          BATON ROUGE, LA 70809


BRIDGECREST                 STATEWIDE FCU
PO BOX 52020                ATTN: BANKRUPTCY DEPT
PHOENIX, AZ 85072           P.O. BOX 320483
                            FLOWOOD, MS 39232


CAPITAL ONE AUTO            TOWER LOAN
PO BOX 260848               ATTN: BANKRUPTCY
PLANO, TX 75026-0848        PO BOX 320001
                            FLOWOOD, MS 39232


CORNERSTONE                 VERIZON WIRELESS
633 SPIRIT DRIVE            P.O.BOX 408
CHESTERFIELD, MO 63005      NEWARK, NJ 07101


FIRST HERITAGE              WILLOWBROOK DENTAL CEN
ATTN: BANKRUPTCY            C/O FRANKLIN SERVICE I
P.O.BOX 1947                PO BOX 3910
GREENVILLE, SC 29602        TUPELO, MS 38803


FIRST METROPOLITAN          WORLD FINANCE CORP
122 HWY 12 W                P.O.BOX 6429
STARKVILLE, MS 39759        GREENVILLE, SC 29606
```