**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Colanda Shantell Baker                          Case No. 26-00930-JAW
          Antoin Patterson, Debtors                          CHAPTER 13

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Thad Cochran U.S. Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201, on or before June 2, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on June 8, 2026, at 10:00 AM in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, MS 39201, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: April 20, 2026                          /s/ Thomas C. Rollins, Jr.
                                    *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

MSSB-113 (12/17)

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Colanda Shantell Baker</strong></td></tr>
<tr><td></td><td>Full Name (First, Middle, Last)</td></tr>
<tr><td>Debtor 2</td><td><strong>Antoin Patterson</strong></td></tr>
<tr><td>(Spouse, if filing)</td><td>Full Name (First, Middle, Last)</td></tr>
<tr><td>United States Bankruptcy Court for the</td><td><strong>SOUTHERN DISTRICT OF MISSISSIPPI</strong></td></tr>
<tr><td>Case number:</td><td><strong>26-00930</strong></td></tr>
<tr><td>(If known)</td><td></td></tr>
</table>

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance

**12/17**

| Part 1: | Notices |

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ Included | ☐ Not Included |
|-----|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ Included | ☑ Not Included |

| Part 2: | Plan Payments and Length of Plan |

**2.1      Length of Plan.**

The plan period shall be for a period of **60** months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2      Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay **$746.00** (☐ monthly, ☑ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**North MS Regional Center**
**818 Bell Mount Dr**
**Columbus MS 39702-0000**

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

| Debtor | **Colanda Shantell Baker** | Case number | **26-00930** |
|---|---|---|---|
| | **Antoin Patterson** | | |

Joint Debtor shall pay __**$688.00**__ ( ☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

> **Environmental Group Solutions**
> **201 W Main St, Ste 300**
> **Chattanooga TN 37408-0000**

**2.3     Income tax returns/refunds.**

> *Check all that apply*
>
> ☑     Debtor(s) will retain any exempt income tax refunds received during the plan term.
>
> ☐     Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.
>
> ☐     Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
  *Check one.*
  ☑     **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced*.

---
**Part 3:     Treatment of Secured Claims**
---

**3.1     Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

> *Check all that apply*.
> ☐     **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)     Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. §
☑     1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1**     Mtg pmts to     **21st Mortgage Co.**

Beginning **5/2026**                    @          **$837.86** ☑ Plan     ☐ Direct.     Includes escrow ☑ Yes ☐ No

**1**     Mtg arrears to     **21st Mortgage Co.**          Through     **4/2026**                    **$9,216.46**

**3.1(b)** ☐     **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property     **-NONE-**
          address:
Mtg pmts to
Beginning     month                    @                    Plan          Direct.          Includes escrow Yes No

Property **-NONE-** Mtg arrears to                    Through

**3.1(c)** ☐     **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:     **-NONE-**          Approx. amt. due:               Int.
                                                                Rate*:
Property Address:
Principal Balance to be paid with interest at the rate above:
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $                    **-NONE-**  /month, beginning     month .

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Colanda Shantell Baker** | Case number | **26-00930** |
|---|---|---|---|
| | **Antoin Patterson** | | |

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** ***Check one..***

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Capital One Auto | $17,929.87 | 2017 GMC Acadia 164276 miles | $5,004.00 | $5,004.00 | 8.50% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Tower Loan | $5,396.67 | 2 white gold rings 2 diamond rings household goods | $1,500.00 | $1,500.00 | 8.50% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| -NONE- | | | month |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Colanda Shantell Baker** | Case number | **26-00930** |
|---|---|---|---|
|  | **Antoin Patterson** |  |  |

contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **Bridgecrest** | **2023 Chevrolet Traverse 72185 miles** | **$33,890.00** | **8.50%** |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4**       **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

    ☑         **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5**       **Surrender of collateral.**

*Check one.*

    ☐         **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

    ☑         The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **First Heritage** | **Household Goods** |
| **Republic Finance** | **Household Goods** |
| **World Finance Corp** | **Household Goods** |

*Insert additional claims as needed.*

| Part 4: | **Treatment of Fees and Priority Claims** |
|---|---|

**4.1**       **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2**       **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3**       **Attorney's fees.**

    ☑ No look fee: __**4,600.00**__

        Total attorney fee charged:       $**4,600.00**

        Attorney fee previously paid:       $**1,077.00**

        Attorney fee to be paid in plan per confirmation order:       $**3,523.00**

    ☐ Hourly fee: $_____.  (Subject to approval of Fee Application.)

**4.4**       **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

    ☑         **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5**       **Domestic support obligations.**

Software Copyright (c) 1996-2026  Best Case, LLC - www.bestcase.com

| Debtor | **Colanda Shantell Baker** | Case number | **26-00930** |
|---|---|---|---|
| | **Antoin Patterson** | | |

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

---

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $

☑ **100.00** % of the total amount of these claims, an estimated payment of $ **52,371.53**

☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**8,983.36**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

---

### Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

---

### Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**

☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9: Signatures:

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Colanda Shantell Baker**          X **/s/ Antoin Patterson**

**Colanda Shantell Baker**                  **Antoin Patterson**
Signature of Debtor 1                        Signature of Debtor 2

Executed on **April 13, 2026**            Executed on **April 13, 2026**

**233 Ruff St**                              **233 Ruff St**
Address                                      Address
**Macon MS 39341-0000**                      **Macon MS 39341-0000**
City, State, and Zip Code                    City, State, and Zip Code

Telephone Number                             Telephone Number

X **/s/ Thomas C. Rollins, Jr.**          Date **April 13, 2026**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Colanda Shantell Baker** | Case number | **26-00930** |
| | **Antoin Patterson** | | |

**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**                                    **103469 MS**
Telephone Number                                    MS Bar Number
**trollins@therollinsfirm.com**
Email Address

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Capital One Auto
c/o CEO
1680 Capital One Drive
McLean, VA 22102-3491

Tower Loan of Mississippi, LLC
c/o Tucker, John E
P O Box 320001
Flowood, MS 39232

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: April 20, 2026                          /s/ Thomas C. Rollins, Jr.
                                              *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  COLANDA SHANTELL BAKER
  ANTOIN PATTERSON

CASE NO: 26-00930-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/20/2026, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COLANDA SHANTELL BAKER
ANTOIN PATTERSON

CASE NO: 26-00930-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/20/2026, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CERTIFIED 95890071052703506512319

CAPITAL ONE AUTO
CO CEO
1680 CAPITAL ONE DR
MCLEAN VA 22102-3491

FIRST CLASS

TOWER LOAN OF MISSISSIPPI LLC
CO JOHN E TUCKER
PO BOX 320001
FLOWOOD MS 39232

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00930-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
MON APR 20 8-38-40 PST 2026

EXCLUDE

BRIDGECREST ACCEPTANCE CORPORATION  CO AIS
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

21ST MORTGAGE CO
PO BOX 148
MEMPHIS  TN 38101-0148

ADVANCE AMERICA
5074 18TH AVE N
TOWN SQUARE
COLUMBUS  MS 39705-2245

BRIDGECREST
PO BOX 52020
PHOENIX  AZ 85072-2020

BRIDGECREST ACCEPTANCE CORPORATION
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BRIDGECREST CREDIT COMPANY  LLC
AS AGENT AND SERVICER FOR CARVANA  LLC
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE AUTO
PO BOX 260848
PLANO  TX 75026-0848

CORNERSTONE
633 SPIRIT DRIVE
CHESTERFIELD  MO 63005-1243

FIRST HERITAGE
ATTN BANKRUPTCY
POBOX 1947
GREENVILLE  SC 29602-1947

FIRST METROPOLITAN
122 HWY 12 W
STARKVILLE  MS 39759-3760

INTERCOASTAL FINANCIAL
7954 TRANSIT RD 136X
BUFFALO  NY 14221-4117

PURPOSE FINANCIAL  INC
PO BOX 3058
SPARTANBURG  SC 29304-3058

QUICKCASH 3045
2012 HWY 45 N
COLUMBUS  MS 39705-2240

EXCLUDE

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

STATEWIDE FCU
ATTN BANKRUPTCY DEPT
PO BOX 320483
FLOWOOD  MS 39232-0483

EXCLUDE

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON WIRELESS
POBOX 408
NEWARK  NJ 07101-0408

WILLOWBROOK DENTAL CEN
CO FRANKLIN SERVICE I
PO BOX 3910
TUPELO  MS 38803-3910

WORLD FINANCE CORP
POBOX 6429
GREENVILLE  SC 29606-6429

ANTOIN PATTERSON
233 RUFF ST
MACON  MS 39341-3138

DEBTOR

COLANDA SHANTELL BAKER
233 RUFF ST
MACON  MS 39341-3138

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767