_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | **Colanda Shantell Baker** | **Case No. 26-00930-JAW** |
| | **Antoin Patterson, Debtors** | **CHAPTER 13** |

### ORDER ON AMENED MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Amended Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. #10) filed by the Debtors and its "Standing Order Regarding Amended Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. #11) The Hearing Notice included an objection deadline, and provided that, if no objection to the Amended Motion was timely filed by the stated deadline, then the Amended Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Amended Motion filed by the Debtors is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR