**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                           CHAPTER 13 NO.:

COLANDA SHANTELL BAKER AND                          26-00930 – JAW
ANTOIN PATTERSON

### APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Harold J Barkley, Jr., Chapter 13 Trustee (Trustee), on behalf of the Chapter 13 Bankruptcy Estate of Colanda Shantell Baker and Antoin Patterson, Debtors, by and through counsel, and files this the Application to Employ Special Counsel and in support of same would most respectfully show unto this Honorable Court as follows:

1.      That, the Debtors filed their Chapter 13 Petition on April 2, 2026.

2.      That, the Debtors disclosed a "car accident claim" on Schedule A/B in which Attorney Jeff Hosford represents Debtor Colanda Shantell Baker. The Trustee sent correspondence to Attorney Hosford who promptly responded and provided the Contract for Legal Services and Affidavit of Disinterestedness

3.      That, the Trustee desires to employ Jeff Hosford of Hosford Law Firm, PLLC to represent the interests of Debtor Colanda Shantell Baker and the Bankruptcy Estate in the above-described claim. The Attorney informed the Trustee that he has experience in matters of this character, and the Trustee believes that the Attorney is qualified to represent the Debtor and the Bankruptcy Estate in this matter. The Attorney does not have any adverse interest to the Chapter 13 Trustee, or this Bankruptcy Estate and his employment would be in the best interest of this Estate.  An Affidavit of Disinterestedness by Jeff Hosford has been sworn and is attached to this Application as Exhibit "A". The contract for Legal Services and Authorization to Disclose of Information is attached hereto as Exhibit "B".  The prosecution of this cause of action is necessary for the successful reorganization of the Debtor. The Attorney's mailing address, state bar number, telephone number, and e-mail address are set forth below:

Jeff Hosford-MSB # 100788
Hosford Law Firm, PLLC
115-A South Lafayette
Starkville, MS 39759
Telephone: (662) 323-5560
Email: jeffhosford@gmail.com

4.   The professional services rendered by the above-named Attorney include the following:

a.   To assist the Debtor in the handling of the claim.

b.   To perform all other legal services for the Debtor in connection with this matter and directly related matters which may be necessary and in the best interest of the Debtor's Bankruptcy Estate.

5.      Should the Court grant this Application, the Trustee shall file an Application to Approve the Settlement and to Approve Compensation, when a settlement is reached. Any approved combined attorney's fees and expenses shall not exceed 50% of the gross settlement proceeds

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that he be authorized to employ and appoint Jeff Hosford of Hosford Law Firm, PLLC to represent the Debtor and the Bankruptcy Estate in connection with the above-referenced claim and for such other and further relief as just.

Dated:   April 21, 2026

Respectfully submitted,

        /s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. - MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: (601) 362-6161 / FAX: (601) 362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## C E R T I F I C A T E

I, Harold J. Barkley, Jr., do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the U.S. Trustee, to the Debtor and Debtor's counsel and all further interested parties as shown on the attached Exhibit "C", by United States Mail, postage prepaid.

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Colanda Shantell Baker
Antoin Patterson
233 Ruff Street
Macon, MS 39341

Jeff Hosford -MSB # 100788
Hosford Law Firm, PLLC
115-A South Lafayette
Starkville, MS 39759
jeffhosford@gmail.com

All creditors and other parties in interest as shown on the attached mailing matrix.

Dated: April 21, 2026

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.