## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                  CHAPTER 13 NO.:

COLANDA SHANTELL BAKER AND                          26-00930 - JAW
ANTOIN PATTERSON

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MISSISSIPPI
COUNTY OF OKTIBBEHA_____

Jeffrey J. Hosford, Attorney at Law, (Affiant) being sworn, deposes and says:

That Affiant has reviewed the schedules and statement of affairs filed in this bankruptcy case.

That Affiant has no connection with the Debtor(s), (his/her) creditors, any other party in interest, her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any person employed by the said parties;

That Affiant is a disinterested person and does not represent or hold any interest adverse to the bankruptcy estate;

That Affiant will supplement this Affidavit if Affiant subsequently discovers a connection with the Debtor(s), the creditors, any party in interest, (his/her) respective attorney, the Chapter 13 Trustee, the United States Trustee, or any person employed by said parties; and

That Affiant represents the Debtor(s) in (his/her) her claim which occurred on September 25, 2023. I have no connection with any creditor or any other party in interest or their attorneys.

_____

SUBSCRIBED AND SWORN to before me on this the _____ day of _April_, 2026.

NOTARY PUBLIC

My Commission Expires:_____

ID# 199219
PERCY J. WILLIAMS JR.
Commission Expires
May 17, 2028