Exhibit "B"

# Hosford Law Firm, PLLC
Client Intake, Contract for Legal Service, & Authorization of Use and Disclosure of Information

This agreement entered into this day by and between _Colanda Baker_

hereafter called the "Client" and Hosford Law Firm, PLLC, hereafter "Attorney", WITNESSETH:

WHEREAS, _Colanda Baker_ was injured _in an auto wreck on the 2023_

WHEREAS, said Client has a possible choice in action against tortfeasors, insurance company and other parties arising out of said accident; and

WHEREAS, the Attorney is willing to represent the Client in the investigation, negotiation, and trail, as if necessary, of said claim.

NOW THEREFORE, for and in consideration of the mutual covenants and agreements hereafter stated, the parties agree as follows:

That all expenses incurred in the prosecution of these claims, including all out-of-pocket expenses, court costs and expert witnesses' fees, shall be paid by Client agrees to pay the Attorney 40% of the total settlement of any amount recovered against tortfeasors, insurance carriers, or other parties by negotiation or 45% if by litigation.

It is understood and agreed that this employment is contingent fee basis and if no recovery is had. Client will owe Attorney out-of-pocket expenses and no Attorney fees whatsoever will be owed by Client.

It is further understood and agreed that should the Attorney desire to associate counsel for trial of this case, that such associate shall be compensated out of the share of the Attorney.

WITNESS OUR SIGNATURE this the ___4th___ day of ___April___, 2024

_____ WITNESS

_____ CLIENT

_____ ATTORNEY

HOSFORD LAW FIRM, PLLC* 115-A SOUTH LAFAYETTE STARKVILLE, MISSISSIPPI 39759* PHONE: 662 323 0844* FAX: 662 323 5560