Label Matrix for local noticing
0538-3
Case 26-00930-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Tue Apr 21 09:17:25 CDT 2026

Bridgecrest Acceptance Corporation, c/o AIS
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Credit Company, LLC as Agent and
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

21st Mortgage Co.
P.O. Box 148
Memphis, TN 38101-0148

Advance America
507-4 18th Ave N
Town Square
Columbus, MS 39705-2245

Bridgecrest
PO Box 52020
Phoenix, AZ 85072-2020

Bridgecrest Acceptance Corporation
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Credit Company, LLC
as Agent and Servicer for Carvana, LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto
PO Box 260848
Plano, TX 75026-0848

Capital One Auto Finance, a division of Capi
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Cornerstone
633 Spirit Drive
Chesterfield, MO 63005-1243

First Heritage
Attn: Bankruptcy
P.O.Box 1947
Greenville, SC 29602-1947

First Metropolitan
122 Hwy 12 W
Starkville, MS 39759-3760

Intercoastal Financial
7954 Transit Rd #136X
Buffalo, NY 14221-4117

Purpose Financial, Inc
PO Box 3058
Spartanburg, SC 29304-3058

QUICKCASH 3045
2012 HWY 45 N.
COLUMBUS, MS 39705-2240

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Statewide FCU
Attn: Bankruptcy Dept
P.O. Box 320483
Flowood, MS 39232-0483

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Verizon Wireless
P.O.Box 408
Newark, NJ 07101-0408

Willowbrook Dental Cen
c/o Franklin Service I
PO Box 3910
Tupelo, MS 38803-3910

World Finance Corp
P.O.Box 6429
Greenville, SC 29606-6429

Antoin Patterson
233 Ruff St
Macon, MS 39341-3138

Colanda Shantell Baker
233 Ruff St
Macon, MS 39341-3138

Harold J. Barkley Jr.
P.O. Box 4476
Jackson, MS 39296-4476

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Republic Finance
Attn: Bankruptcy
7031 Commerce Circle
Baton Rouge, LA 70809

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232

End of Label Matrix
Mailable recipients     27
Bypassed recipients      0
Total                   27