IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 NO.:

COLANDA SHANTELL BAKER AND
ANTOIN PATTERSON                                          26-00930 – JAW

## O R D E R

    THIS CAUSE came before the Court on the Application to Employ Special Counsel (DK #   );

and the Court orders as follows:

    THAT, the Application to Employ Special Counsel is granted.

    THAT, Jeff Hosford of Hosford Law Firm, PLLC is hereby employed to represent the Debtor and

the bankruptcy estate in connection with the personal injury claim.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601-362-6161
FAX: 601-362-8826
EMAIL: HJB@HBARKLEY13.COM