

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 NO.:

COLANDA SHANTELL BAKER AND
ANTOIN PATTERSON                                         26-00930 – JAW

ORDER

THIS CAUSE came before the Court on the Application to Employ Special Counsel (DK # 31  );

and the Court orders as follows:

THAT, the Application to Employ Special Counsel is granted.

THAT, Jeff Hosford of Hosford Law Firm, PLLC is hereby employed to represent the Debtor and

the bankruptcy estate in connection with the personal injury claim.

##END OF ORDER##

**Any objection to this Order must be filed within 21 days from the entry of this Order
or it will become final.   (JAW)**

SUBMITTED BY:

JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601-362-6161
FAX: 601-362-8826
EMAIL: HJB@HBARKLEY13.COM