United States Bankruptcy Court

Southern District of Mississippi

In re:

Colanda Shantell Baker

Antoin Patterson

    Debtors

Case No. 26-00930-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdf012 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colanda Shantell Baker, Antoin Patterson, 233 Ruff St, Macon, MS 39341-3138 |
| 5647325 | + | Bridgecrest, PO Box 52020, Phoenix, AZ 85072-2020 |
| 5647329 | + | First Metropolitan, 122 Hwy 12 W, Starkville, MS 39759-3760 |
| 5652904 | + | QUICKCASH 3045, 2012 HWY 45 N., COLUMBUS, MS 39705-2240 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 19:49:13 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 19:49:17 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5647323 | ^ | MEBN | Apr 21 2026 19:42:26 | 21st Mortgage Co., P.O. Box 148, Memphis, TN 38101-0148 |
| 5647324 | + | Email/Text: bnc@teampurpose.com | Apr 21 2026 19:44:00 | Advance America, 507-4 18th Ave N, Town Square, Columbus, MS 39705-2245 |
| 5648954 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 19:49:13 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5648469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 19:49:17 | Bridgecrest Credit Company, LLC, as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5647326 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 21 2026 19:49:18 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5661514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 19:49:09 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5647327 | ^ | MEBN | Apr 21 2026 19:42:14 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5647328 | + | Email/Text: bankruptcy@curo.com | Apr 21 2026 19:44:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5647330 | + | Email/Text: gbechakas@outlook.com | Apr 21 2026 19:44:00 | Intercoastal Financial, 7954 Transit Rd #136X, Buffalo, NY 14221-4117 |
| 5647331 | + | Email/Text: bnc@teampurpose.com | Apr 21 2026 19:44:00 | Purpose Financial, Inc, PO Box 3058, Spartanburg, SC 29304-3058 |

District/off: 0538-3                          User: mssbad                                    Page 2 of 2

Date Rcvd: Apr 21, 2026                       Form ID: pdf012                                 Total Noticed: 23

| | | | |
|---|---|---|---|
| 5647332 | Email/Text: bankruptcy@republicfinance.com | Apr 21 2026 19:44:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5648338 | Email/Text: bankruptcy@republicfinance.com | Apr 21 2026 19:44:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5647333 + | Email/Text: collections@statewidefcu.org | Apr 21 2026 19:44:00 | Statewide FCU, Attn: Bankruptcy Dept, P.O. Box 320483, Flowood, MS 39232-0483 |
| 5647334 | Email/Text: bankruptcy@towerloan.com | Apr 21 2026 19:44:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5647335 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 21 2026 19:44:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |
| 5647336 + | Email/Text: FSBank@franklinservice.com | Apr 21 2026 19:44:00 | Willowbrook Dental Cen, c/o Franklin Service I, PO Box 3910, Tupelo, MS 38803-3910 |
| 5647337 + | Email/Text: bk@worldacceptance.com | Apr 21 2026 19:44:00 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Antoin Patterson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Colanda Shantell Baker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Colanda Shantell Baker**                                      Case No. 26-00930-JAW
          **Antoin Patterson, Debtors**                                    CHAPTER 13

### ORDER ON AMENED MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Amended Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. #10) filed by the Debtors and its "Standing Order Regarding Amended Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. #11) The Hearing Notice included an objection deadline, and provided that, if no objection to the Amended Motion was timely filed by the stated deadline, then the Amended Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Amended Motion filed by the Debtors is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR