**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **CASE NO.: 26-00930-JAW** |
| **ANTOIN PATTERSON AND** | * | |
| **COLANDA SHANTELL BAKER,** | * | |
| | * | |
| **Debtors.** | * | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Comes now, Capital One Auto Finance, a division of Capital One, N.A. ("Creditor") by undersigned counsel, and respectfully objects to the confirmation of the Chapter 13 ("Plan") filed on , and as grounds therefore states the following:

1.      Creditor holds secured claim covering a vehicle 2017 GMC Acadia Utility 4D All Terrain AW, VIN 1GKKNTLS8HZ220491 .Copies of the Retail Installment Sale Contract (the "Contract") and Certificate of Title are attached hereto as Exhibits A , respectively. The Debtor proposed to pay Creditor a value of $5,004.00 , plus interst 8.500%.

2.       The replacement value of this collateral is $6,975.00. Creditor should be paid the replacement value of its Collateral ,plus interest. A copy of the JD Power valuation is attached as Exhibit C.

3.      The creditor is adversely affected by the filed plan.

4.      The filed plan is discriminatory as regards The creditor.

5.      The filed plan is not filed in good faith as regards The creditor.

6.      Therefore, the Plan does not meet the requirements of 11 U.S.C. §1325 and should not be confirmed.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A. objects to confirmation as aforesaid; and Capital One Auto Finance, a division of Capital One, N.A. requests such other relief to which it may be entitled in the premises.

**William C. Poole, LLC**
**Attorney For Capital One Auto Finance, a**
**division of Capital One, N.A.**

BY: /s/ Wesley H. Blacksher
WESLEY H. BLACKSHER BAR103026
For the Firm
William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
Telephone:(251) 344-5015
FAX: (251) 725-6233
HWPoolelaw@gmail.com

## CERTIFICATE OF SERVICE

I, Wesley H. Blacksher do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
trollins@therollinsfirm.com
**ATTORNEY FOR DEBTOR**

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296
HJB@HBarkley13.com
**TRUSTEE**

United States Trustee
501 East Court Street,
Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov
**U.S. TRUSTEE**

Antoin Patterson
233 Ruff St
Macon, MS 39341

Colanda Shantell Baker
233 Ruff St
Macon, MS 39341
**DEBTORS**

SO CERTIFIED this the 27 day of April 2026.

**/s/ Wesley H. Blacksher**
Wesley H. Blacksher