Certificate Number: 12433-MSS-DE-040993058

Bankruptcy Case Number: 26-00930



12433-MSS-DE-040993058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2026, at 11:42 o'clock PM CDT, Antoin Patterson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 19, 2026                          By:      /s/Loren Bailey Roberts

                                             Name:   Loren Bailey Roberts

                                             Title:    Teacher

Certificate Number: 12433-MSS-DE-040993056

Bankruptcy Case Number: 26-00930



12433-MSS-DE-040993056

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2026, at 11:42 o'clock PM CDT, Colanda Shantell Baker completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 19, 2026          By:      /s/Loren Bailey Roberts

                              Name:   Loren Bailey Roberts

                              Title:   Teacher