

**PO BOX 3910**
**TUPELO, MS 38803**
**PHONE: (662)844-7776**
**FAX: (662)844-4411**

05/20/2026

To Whom It May Concern

Franklin Service Inc. request that the court withdraw proof of claim #10 filed on 5/19/2026 for Willowbrook Dental Center in the amount of $201.05.  This proof of claim was filed in error.

Respectfully,
/s/Ciera Grice

Ciera Grice
Bankruptcy Clerk
Franklin Service Inc
PO Box 3910
Tupelo, MS 38803
(662)844-7776 Ext. 1303

Southern District of Mississippi
Case #26-00930
Colanda Shantell Baker & Antoin Patterson

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name: | 5/20/2026 |
| Case Number: | 26-00930 |
| Court Claim Number: | 10 |
| Date Claim Filed: | 5/19/2026 |
| Creditor Name and Address: | Willowbrook Dental Center<br>c/o Franklin Service Inc<br>Po Box 3910<br>Tupelo, MS 38803 |
| Total Amount of Claim Filed: | $201.05 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed by:     /s/Ciera Grice                         Dated:         5/20/2026
               Authorized agent for Creditor

Print Name:    Ciera Grice