# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Colanda Shantell Baker**
    **Antoin Patterson**

Debtor(s)

Case No.    **26-00930**

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **June 1, 2026**

**/s/ Colanda Shantell Baker**
**Colanda Shantell Baker**
Signature of Debtor

Date:    **June 1, 2026**

**/s/ Antoin Patterson**
**Antoin Patterson**
Signature of Debtor

```
COLANDA SHANTELL BAKER      INTERCOASTAL FINANCIAL     VERIZON WIRELESS
ANTOIN PATTERSON            7954 TRANSIT RD #136X      P.O.BOX 408
233 RUFF ST                 BUFFALO, NY 14221          NEWARK, NJ 07101
MACON, MS 39341

THOMAS C. ROLLINS, JR.      PURPOSE FINANCIAL, INC     WILLOWBROOK DENTAL CEN
THE ROLLINS LAW FIRM, PLLC  PO BOX 3058                C/O FRANKLIN SERVICE I
P.O. BOX 13767              SPARTANBURG, SC 29304      PO BOX 3910
JACKSON, MS 39236                                      TUPELO, MS 38803

21ST MORTGAGE CO.           QUICKCASH 3045             WORLD FINANCE CORP
P.O. BOX 148                2012 HWY 45 N.             P.O.BOX 6429
MEMPHIS, TN 38101           COLUMBUS, MS 39705         GREENVILLE, SC 29606

ADVANCE AMERICA             REPUBLIC FINANCE
507-4 18TH AVE N            ATTN: BANKRUPTCY
TOWN SQUARE                 7031 COMMERCE CIRCLE
COLUMBUS, MS 39705          BATON ROUGE, LA 70809

BRIDGECREST                 SBA***
PO BOX 52020                801 TOM MARTIN DR
PHOENIX, AZ 85072           STE 210
                            BIRMINGHAM, AL 35211

CAPITAL ONE AUTO            SBA***
PO BOX 260848               C/O US ATTORNEY'S OFFI
PLANO, TX 75026-0848        501 E COURT ST
                            STE. 4.430
                            JACKSON, MS 39201

CORNERSTONE                 STATEWIDE FCU
633 SPIRIT DRIVE            ATTN: BANKRUPTCY DEPT
CHESTERFIELD, MO 63005      P.O. BOX 320483
                            FLOWOOD, MS 39232

FIRST HERITAGE              TOWER LOAN
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
P.O.BOX 1947                PO BOX 320001
GREENVILLE, SC 29602        FLOWOOD, MS 39232

FIRST METROPOLITAN          US ATTORNEY GENERAL***
122 HWY 12 W                US DEPT OF JUSTICE
STARKVILLE, MS 39759        950 PENNSYLVANIA AVENW
                            WASHINGTON, DC 20530-0001
```