---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISIONAL OFFICE

IN RE:

|  |  |  |
|---|---|---|
| | * | |
| **ANTOIN PATTERSON AND** | * | **CASE NO.: 26-00930-JAW** |
| **COLANDA SHANTELL BAKER,** | * | |
| | * | |
| | * | |
| **Debtors.** | * | |

### AGREED ORDER (DOCKET #36)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Plan shall be amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $6,277.50 with regards to the 2017 GMC Acadia Utility 4D All Terrain AW, at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR

CHAPTER 13 TRUSTEE


/S/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

/S/ Joshua C. Lawhorn
Joshua C. Lawhorn - MSB# 103902
Staff Attorney for Trustee
HAROLD J. BARKLEY, JR.
Post Office Box 4476
Jackson, MS 39296-4476
jlawhorn@hbarkley13.com

hjb@hbarkley13.com


ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015