United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                          Case No. 26-00930-JAW

Colanda Shantell Baker                                                                          Chapter 13

Antoin Patterson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                        User: mssbad                                        Page 1 of 2

Date Rcvd: Jun 05, 2026                                Form ID: pdf012                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

**Recip ID**                    **Recipient Name and Address**
db/jdb                    +  Colanda Shantell Baker, Antoin Patterson, 233 Ruff St, Macon, MS 39341-3138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

B. Joey Hood, II
                              on behalf of Creditor First Metropolitan Financial Services  Inc. - Starkville Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com

Harold J. Barkley, Jr.
                              on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                              HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
                              on behalf of Joint Debtor Antoin Patterson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

District/off: 0538-3                     User: mssbad                          Page 2 of 2
Date Rcvd: Jun 05, 2026                  Form ID: pdf012                       Total Noticed: 1

on behalf of Debtor Colanda Shantell Baker trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 7

_____



SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE

**IN RE:**

| | |
|---|---|
| | * |
| **ANTOIN PATTERSON AND** | *   **CASE NO.: 26-00930-JAW** |
| **COLANDA SHANTELL BAKER,** | * |
| | * |
| | * |
| **Debtors.** | * |

### AGREED ORDER (DOCKET #36)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Plan shall be amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $6,277.50 with regards to the 2017 GMC Acadia Utility 4D All Terrain AW, at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR                    CHAPTER 13 TRUSTEE



/S/ Thomas Carl Rollins, Jr.                       /S/ Joshua C. Lawhorn
Thomas Carl Rollins, Jr.                           Joshua C. Lawhorn - MSB# 103902
The Rollins Law Firm, PLLC                         Staff Attorney for Trustee
trollins@therollinsfirm.com                        HAROLD J. BARKLEY, JR.
P.O. Box 13767                                     Post Office Box 4476
Jackson, MS 39236                                  Jackson, MS 39296-4476
(601) 500-5533                                     jlawhorn@hbarkley13.com

                                                   hjb@hbarkley13.com



ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015