United States Bankruptcy Court

Southern District of Mississippi

In re:

Colanda Shantell Baker

Antoin Patterson

    Debtors

Case No. 26-00930-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: n031 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colanda Shantell Baker, Antoin Patterson, 233 Ruff St, Macon, MS 39341-3138 |
| cr | + | First Metropolitan Financial Services, Inc. - Star, 122 HWY 12 West, Starkville, MS 39759-3760 |
| sp | + | Jeff Hosford, Hosford Law Firm, PLLC, 115-A South Lafayette, Starkville, MS 39759-2946 |
| 5662589 | + | B. Joey Hood, Esq., For First Metropolitan Financial Service, Starkville Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5647325 | + | Bridgecrest, PO Box 52020, Phoenix, AZ 85072-2020 |
| 5647329 | + | First Metropolitan, 122 Hwy 12 W, Starkville, MS 39759-3760 |
| 5652904 | + | QUICKCASH 3045, 2012 HWY 45 N., COLUMBUS, MS 39705-2240 |
| 5663910 | + | Summit Financial Services, Corp., 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:58 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:58 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: FSBank@franklinservice.com | Jul 07 2026 19:53:00 | Franklin Service Inc, Po Box 3910, Po Box 3910, Tupelo, MS 38803, UNITED STATES 38803-3910 |
| 5647323 | | Email/Text: ebn@21stmortgage.com | Jul 07 2026 19:54:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5647324 | + | Email/Text: bnc@teampurpose.com | Jul 07 2026 19:54:00 | Advance America, 507-4 18th Ave N, Town Square, Columbus, MS 39705-2245 |
| 5648954 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:51 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5648469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:51 | Bridgecrest Credit Company, LLC, as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5647326 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 07 2026 19:58:52 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5661514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:51 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5683123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:58 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

District/off: 0538-3 — User: mssbad — Page 2 of 3

Date Rcvd: Jul 07, 2026 — Form ID: n031 — Total Noticed: 36

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5647327 | ^ | MEBN | Jul 07 2026 19:52:05 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5674578 | + | Email/Text: bankruptcy@curo.com | Jul 07 2026 19:54:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5647328 | + | Email/Text: bankruptcy@curo.com | Jul 07 2026 19:54:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5664271 | + | Email/Text: bankruptcycourt@towerloan.com | Jul 07 2026 19:53:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5647330 | + | Email/Text: gbechakas@outlook.com | Jul 07 2026 19:53:00 | Intercoastal Financial, 7954 Transit Rd #136X, Buffalo, NY 14221-4117 |
| 5670066 | + | Email/Text: gbechakas@outlook.com | Jul 07 2026 19:53:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5647331 | + | Email/Text: bnc@teampurpose.com | Jul 07 2026 19:54:00 | Purpose Financial, Inc, PO Box 3058, Spartanburg, SC 29304-3058 |
| 5647332 | | Email/Text: bankruptcy@republicfinance.com | Jul 07 2026 19:54:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5648338 | | Email/Text: bankruptcy@republicfinance.com | Jul 07 2026 19:54:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5681653 | + | Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 19:54:00 | SBA, 801 TOM MARTIN DR, STE 210, BIRMINGHAM, AL 35211-6426 |
| 5681701 | + | Email/Text: ebone.woods@usdoj.gov | Jul 07 2026 19:54:00 | SBA, C/O US ATTORNEY'S OFFI, 501 E COURT ST, STE. 4.430, JACKSON, MS 39201-5025 |
| 5647333 | + | Email/Text: collections@statewidefcu.org | Jul 07 2026 19:54:00 | Statewide FCU, Attn: Bankruptcy Dept, P.O. Box 320483, Flowood, MS 39232-0483 |
| 5647334 | | Email/Text: bankruptcycourt@towerloan.com | Jul 07 2026 19:53:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5681702 | ^ | MEBN | Jul 07 2026 19:52:18 | US ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENW, WASHINGTON, DC 20530-0001 |
| 5647335 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 07 2026 19:53:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |
| 5647336 | + | Email/Text: FSBank@franklinservice.com | Jul 07 2026 19:53:00 | Willowbrook Dental Cen, c/o Franklin Service I, PO Box 3910, Tupelo, MS 38803-3910 |
| 5663840 | + | Email/Text: bk@worldacceptance.com | Jul 07 2026 19:54:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5647337 | + | Email/Text: bk@worldacceptance.com | Jul 07 2026 19:54:00 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 07, 2026 | Form ID: n031 | Total Noticed: 36 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

B. Joey Hood, II
                          on behalf of Creditor First Metropolitan Financial Services  Inc. - Starkville Branch cynthiah@jhoodlaw.com,
                          notices@jhoodlaw.com

Harold J. Barkley, Jr.
                          on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
                          hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                          HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
                          on behalf of Joint Debtor Antoin Patterson trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                          on behalf of Debtor Colanda Shantell Baker trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
                          on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
                          debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−00930−JAW
**Chapter:** 13

**In re:**

Colanda Shantell Baker                          Antoin Patterson
233 Ruff St                                      233 Ruff St
Macon, MS 39341                                  Macon, MS 39341

Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/07/2026 (Dkt. # 49 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:                                  Gulfport Office:

Clerk, U.S. Bankruptcy Court                     Clerk, U.S. Bankruptcy Court
Southern District of Mississippi                 Southern District of Mississippi
Thad Cochran U.S. Courthouse                     Dan M. Russell, Jr. U.S. Courthouse
501 East Court Street, Suite 2.300               2012 15th Street, Suite 244
Jackson, MS 39201                                Gulfport, MS 39501
601−608−4600                                     228−563−1790

Dated: July 7, 2026                              Danny L. Miller, Clerk of Court