**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

  COLANDA SHANTELL BAKER

  ANTOIN PATTERSON

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 14

**Case Number:** 26-00930

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

  Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

  P.O. Box 4138

  Houston, TX 77210

TO:

  Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

  PO Box 661384

  Dallas,TX 75266-1384

Date:  08/11/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Carvana, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In RE:**

    COLANDA SHANTELL BAKER
    ANTOIN PATTERSON

**Debtor(s)**

**Chapter:** 13

**Case Number:** 26-00930

### Certificate of Service

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
HAROLD J BARKLEY JR
HJB@HBarkley13.com

/s/ Amit Rohit

Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com